## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE: TRUST UNDER WILL F/B/O CHARLES T. CAMPBELL, II | : | No. 154 WAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: CHARLENE M. CAMPBELL AND THOMAS D. CAMPBELL | : | from the Order of the Superior Court |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.